# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN HARGUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-22-649-G |
| | ) |
| GEORGIA-PACIFIC GYPSUM LLC, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

This matter is hereby referred to United States Magistrate Judge Amanda Maxfield Green for a settlement conference pursuant to LCvR 16.2.

IT IS SO ORDERED this 11th day of January, 2023.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge